■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM ACCURSO, Appellant, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— MEMORANDUM BY THE COURT. The delay of three and one-half months in pronouncing sentence was not within the rule "to be applied to extremely long and unreasonable delays only". (*People ex rel. Harty* v. *Fay* (10 N Y 2d 374, 379.) The court did not lose jurisdiction and no procedural objection under section 471 of the Code of Criminal Procedure was raised. (*Matter of Hogan* v. *Bohan*, 305 N. Y. 110, 112; *People ex rel. Battista* v. *Christian*, 249 N. Y. 314;

*People ex rel. Marchese* v. *La Vallee*, 23 A D 2d 537; *People* v. *Persico*, 45 Misc 2d 421; *People* v. *Warrelman*, 42 Misc 2d 783.) Judgment affirmed, without costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.